UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 MAY 26  P 1:39
U.S. DISTRICT COURT
DISTRICT OF MASS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CITY OF QUINCY,
    Plaintiff

v.                                                                                     Civil Action No.:

SOTIRIS EMMANUEL
  a/k/a SOTIRIOS EMMANOUIL,
MHI SHIPBUILDING, LLC and
MASSACHUSETTS HEAVY
  INDUSTRIES, INC.
    Defendants

04cv 11111 RCL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION

Now comes Plaintiff City of Quincy and moves that this Court grant a temporary restraining order or preliminary injunction ordering Defendant Sotiris G. Emmanuel to refrain from seizing, removing, transferring the ownership of or disposing of in any way the 716,127 shares of Series A Convertible Preferred shares of Universal Guardian Corporation he owns that are located at the law firm of Richardson & Patel, LLP, 10900 Wilshire Boulevard, Suite 500, Los Angeles, California, 90024.

The reasons in support of this Motion are contained in the Memorandum In Support of this Motion, filed herewith.

The City requests a hearing immediately upon its Motion.

            Respectfully submitted,

            THE CITY OF QUINCY
            By its attorneys,

            Monica E. Conyngham (BBO #556700)
            Christine M. Griffin (BBO #651401)
            City Solicitor's Office
            Quincy City Hall
            1305 Hancock Street
            Quincy, MA 02169
            (617) 376-1516

May 26, 2004

**I hereby certify that this document was served upon counsel of record for all parties on**
**Date:** 5/26/04
**by hand/by mail/by fax**