UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF QUINCY,<br><br>    Plaintiff<br><br>v.<br><br>SOTIRIS EMMANUEL<br>  a/k/a SOTIRIOS EMMANOUIL,<br>MHI SHIPBUILDING, LLC and<br>MASSACHUSETTS HEAVY<br>  INDUSTRIES, INC.<br><br>    Defendants | )<br>)<br>)<br>)<br>) Civil Action No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>) 04cv11111 RCL<br>)<br>) |

*Filed stamp: 2004 MAY 26 P 1:54, U.S. DISTRICT COURT, DISTRICT OF MASS.*

### AFFIDAVIT OF MONICA E. CONYNGHAM

I, Monica E. Conyngham, do hereby depose and say the following:

1. I am an attorney in good standing in the Commonwealth of Massachusetts. I am currently employed as the City Solicitor for the City of Quincy, Massachusetts and I represent the Plaintiff in this matter.

2. Today, May 26, 2004, I am serving the attached Complaint; City of Quincy's Motion For A Temporary Restraining Order Or, In The Alternative, Preliminary Injunction; Memorandum in support of that motion; and the other documents attached to the Complaint and to that motion, on the Defendants in this matter by hand and by mail at 115 East Howard Street, Quincy, Massachusetts.

3. 115 East Howard Street, Quincy, Massachusetts is the last known U.S. address of the Corporate Defendants in this action. The individual Defendant in this action was the President of the Corporate Defendants located at that address.

4. The Corporate Defendants in this action have agreed, by contract, to service of process by mail at 115 East Howard Street, Quincy, Massachusetts.

5. Plaintiff is not aware of any other current U.S. address for any of the Defendants.

Signed under the penalties of perjury this 26th day of May, 2004,

*/s/ Monica E. Conyngham*
Monica E. Conyngham

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF QUINCY,<br><br>      Plaintiff<br><br>v.<br><br>SOTIRIS EMMANUEL<br>  a/k/a SOTIRIOS EMMANOUIL,<br>MHI SHIPBUILDING, LLC and<br>MASSACHUSETTS HEAVY<br>  INDUSTRIES, INC.<br><br>      Defendants | Civil Action No.: |

## PRELIMINARY ORDER

It is hereby ordered that, until further order of this Court, Defendant Sotiris G. Emmanuel shall not seize, remove, transfer the ownership of or dispose of in any way the 716,127 shares of Series A Convertible Preferred shares of Universal Guardian Corporation he owns that are located at the law firm of Richardson & Patel, LLP, 10900 Wilshire Boulevard, Suite 500, Los Angeles, California, 90024.

SIGNED

Dated: May     , 2004

_____
United States District Court