UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 1:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CITY OF QUINCY,<br><br>Plaintiff<br><br>v.<br><br>SOTIRIS EMMANUEL<br>  a/k/a SOTIRIOS EMMANOUIL,<br>MHI SHIPBUILDING, LLC and<br>MASSACHUSETTS HEAVY<br>  INDUSTRIES, INC.<br><br>Defendants | Civil Action No.:<br><br>04cv 11111 RCL |

## TEMPORARY RESTRAINING ORDER

It is hereby ordered that Defendant Sotiris G. Emmanuel shall not seize, remove, transfer the ownership of or dispose of in any way the 716,127 shares of Series A Convertible Preferred shares of Universal Guardian Corporation he owns that are located at the law firm of Richardson & Patel, LLP, 10900 Wilshire Boulevard, Suite 500, Los Angeles, California, 90024.

This Order shall expire on June 8, 2004 *at 12:00 noon unless extended*

*By order of the Court.*

SIGNED

Dated: May 27, 2004

_____
William G. Young
United States District Court