# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CITY OF QUINCY,<br><br>    Plaintiff<br><br>v.<br><br>SOTIRIS EMMANUEL<br>  a/k/a SOTIRIOS EMMANOUIL,<br>MHI SHIPBUILDING, LLC and<br>MASSACHUSETTS HEAVY<br>  INDUSTRIES, INC.<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

04 - 11111 RCL

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiff City of Quincy hereby dismisses the above-captioned action. The City states that no answer or motion for summary judgment has been served upon the City.

THE CITY OF QUINCY

By its attorneys,

Monica E. Conyngham (BBO 556700)
Christine M. Griffin (BBO 651401)
Office of the City Solicitor
1305 Hancock Street
Quincy, Massachusetts 02169
(617) 376-1510

Dated: June 1, 2004